IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **United States of America,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:04-cr-00385-LMB-1 |
| | ) |
| v. | ) |
| | ) |
| **Ali Al-Timimi,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas Michael Huff as counsel for Defendant, Dr. Ali Al-Timimi, in the above-captioned matter. Mr. Huff is authorized to appear as a member of the bar of this Court. Jonathan Turley remains lead counsel in this matter.

Dated: November 26, 2014        By:  _____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of November, 2014, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to:


Mr. Gordon Kromberg, Esq.
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, Virginia 22314
(703) 299-3700
gordon.kromberg@usdoj.gov

Attorney for the United States

                                                   /s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu