REDACTED / CLEARED FOR PUBLIC RELEASE

Filed with court security officer
In Camera and under seal

DATE 12/29/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | FILED |
| 5. | ) | Case No. 04-385-A |
| | ) | DEC 2 9 2004 |
| ALI AL-TIMIMI, | ) | U.S. DISTRICT COURT |
| | ) | VIRGINIA |
| Defendant. | ) | |

**NOTICE OF INTENT TO DISCLOSE CLASSIFIED INFORMATION PURSUANT TO
CLASSIFIED INFORMATION PROCEDURES ACT (18 U.S.C. App. 3 § 5 (a))**

COMES NOW Ali Al-Timimi, by counsel, and for his Notice of Intent to Disclose Classified Information Pursuant to § 5 of the Classified Information Procedures Act (18 U.S.C. App. 3 § 5, identifies the following classified information that the defendant reasonably expects to disclose at in connection with the trial and/or any pretrial proceedings in this case. The defense notes that it only received this information on December 22, 2004, so it was not able to comply with the 30 day time period set forth in CIPA § 5 (a). The defense has not been able to review these items which, upon information and belief, represent at least ▓▓▓▓▓ of F.I.S.A wiretaps and e-mail search warrants. The defense initially requests that this information be declassified or that the defendant himself be allowed to review same in the SCIF as was done in the case of United States v. Brian Regan. This defendant should be allowed to review recordings of his own voice as well as to read e-mails that he sent. Moreover, since some of this evidence is in Arabic, it is critical for Dr. Al-Timimi to be able to translate same. At this stage, counsel is unable to even inform the defendant what has been

#36

REDACTED / CLEARED FOR PUBLIC RELEASE

received so that he can assist in the preparation of his own defense. The list below represents the entirety of the classified discovery received in this case so far.



REDACTED / CLEARED FOR PUBLIC RELEASE



RESPECTFULLY SUBMITTED,

ALI AL TIMIMI
By Counsel

Edward B. MacMahon, Jr. VSB #25432
107 East Washington Street
P.O. Box 903
Middleburg, Virginia 20117
540-687-3902

REDACTED / CLEARED FOR PUBLIC RELEASE

_____
Alan H. Yamamoto  VSB #25872
643 S. Washington Street
Alexandria, Virginia 22314
703-684-4700

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was hand-delivered to the U.S. Attorney's box located in the U.S. District Court Alexandria Clerk's Office this 27 day of December 2004 to Gordon Kromberg, Esq., Assistant United States Attorney, 2100 Jamieson Ave., Alexandria, Virginia, 22314.

_____
Alan Yamamoto

REDACTED / CLEARED FOR PUBLIC RELEASE

## CERTIFICATE OF SERVICE

I certify that on this 27th day of March, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

Mr. Gordon Kromberg, Esq.
United States Attorney's Office
2100 Jamieson Ave.
Alexandria, Virginia 22314
(703) 299-3700
gordon.kromberg@usdoj.gov
*Attorney for the United States*

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy will be delivered to Chambers within one business day of this electronic filing.

/s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu