IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALI AL-TIMIMI, | ) 1:04-cr-385 (LMB) |
| | ) |
| Defendant. | ) |

### ORDER

In light of the remand from the Court of Appeals, it is hereby

ORDERED that the parties meet and confer to select a mutually agreeable date for a hearing on the issues raised in Al-Timimi's Motion for Remand, or, in the Alternative, an Order Allowing the Inclusion of the FBI Document. The Court is available for a hearing any time on Wednesday, August 12 and Thursday, August 13, 2015; at 9:30 a.m. on Friday, August 14, 2015; any time on Thursday, August 27, 2015; or at 9:00 a.m. on Friday, August 28, 2015.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of August, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge