IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

UNITED STATES OF AMERICA )
)
v. )
)
ALI AL-TIMIMI, )   1:04-cr-385 (LMB)
)
    Defendant. )

## ORDER

In light of the remand from the Court of Appeals, it is hereby

ORDERED that the parties appear at 9:00 a.m. on Friday, September 4, 2015, for a hearing on the issues raised in Al-Timimi's Motion for Remand, or, in the Alternative, an Order Allowing the Inclusion of the FBI Document.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11 day of August, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge