IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALI AL-TIMIMI, | )   1:04-cr-385 (LMB) |
| | ) |
| Defendant. | ) |

ORDER

Having reviewed the pleadings related to the remand of this case, as well as the redacted versions of the "Squad IT-3" document attached as Exhibits A and B to the defendant's motion for remand, the Court finds that it cannot adequately evaluate defendant's position without reviewing the unredacted version of that document. Accordingly, it is hereby

ORDERED that the government provide the Court with the unredacted version of the "Squad IT-3" document.

The Clerk is directed to forward copies of this Order to counsel of record and to the Classified Information Security Officer.

Entered this 14 day of August, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge