IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Filed with Classified Information Security Officer

CISO  MPutz

Date  8/14/2015

**EX PARTE**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                        ) | Criminal No. 1:04cr385 |
| ) | |
| ALI AL-TIMIMI                   ) | |

GOVERNMENT'S RESPONSE TO ORDER OF AUGUST 14, 2015