IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ALI AL-TIMIMI, | )  1:04-cr-385 (LMB) |
| | ) |
| Defendant. | ) |

## ORDER

Because classification review of some of defendant's pleadings has not been completed, it is hereby

ORDERED that the hearing scheduled for Friday, September 4, 2015, be and is CANCELLED and will be rescheduled as soon as the classification review has been completed.

The Clerk is directed to forward copies of this Order to counsel of record and to remove the hearing from the Court's September 4, 2015, docket.

Entered this 3rd day of September, 2015.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge