IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    *Plaintiff*,  )<br>  )<br>v.  )<br>  )<br>ALI AL-TIMIMI,  )<br>  )<br>    *Defendant*.  )<br>_____) | Case No. 1:04-cr-385-LMB<br><br>Hon. Leonie M. Brinkema |

**DEFENDANT'S UNOPPOSED MOTION FOR A TEN-DAY EXTENSION TO FILE A REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL**

On November 5, 2015, the government filed an opposition to Dr. Ali Al-Timimi's August 31, 2015 motion to compel discovery after the second remand in this case by the United States Court of Appeals for the Fourth Circuit. Dkt. No. 420. The government's opposition includes detailed new factual assertions and arguments that were not made before the Fourth Circuit, including the assertion that the documents involved in the remand were previously disclosed in this case. To properly evaluate these new arguments, it is essential for the defense to discuss them with Dr. Al-Timimi as well as his prior counsel. However, communications with Dr. Al-Timimi have been substantially curtailed since his transfer earlier this year to the Florence ADX Supermax prison in Colorado, and it has routinely taken weeks to secure a prison telephone call. To that end, Dr. Al-Timimi seeks a ten-day extension to November 19, 2015 to file a reply to the government's opposition. The parties have conferred, and the government consents to this extension.

At issue is evidence not previously reviewed by defense counsel. The "Squad IT-3"

document raised renewed concerns over the extent to which the government may have withheld material evidence from the defense (potentially misrepresenting the record to this Court in the process) and further calls into question the testimony of key witnesses in Dr. Al-Timimi's trial. *See* Def.'s Mot. To Compel [Dkt. No. 418] (Exhibit A (original document) and Exhibit B (analysis of original)).  In addition to this Squad IT-3 document, the earlier motion raised a redacted 2003 interview with FBI Special Agent Wade Ammerman—a key figure in the investigation, trial, and later the second remand in this case.  The Ammerman Report," *id.* (Exhibit C) reinforced the defense's analysis of the Squad IT-3 document and reaffirmed vital issues that the defense attempted to raise both at trial and on remand, including a suspicious unannounced visit by Anwar Aulaqi to Dr. Al-Timimi's home late one night in October 2002.

Prior to filing the motion for a remand with the Fourth Circuit and the post-remand motion with this Court, lead defense counsel conferred with both government counsel and prior lead defense counsel to confirm that these documents were not disclosed to the defense.  Both the prosecution and defense confirmed that they had no knowledge of such disclosure, as reported in the filings.  Government counsel now asserts that it had forgotten that it had disclosed the documents to this Court *ex parte* and *in camera* in 2007.  Gov't Opp. [Dkt. No. 420] at 2.

Counsel has already sought to confer with Dr. Al-Timimi and prior counsel and hopes to file well within the extended period.  However, given the change in the position of the government on the disclosure of this material, such conferral needs to occur before any filing.[1]

---

[1] The new factual assertions do not negate the need for the hearing or discovery sought by Dr. Al-Timimi. However, as change in the prior position of the government, Dr. Al-Timimi has a right to be informed and consulted on responsive filing.

                                                    Respectfully submitted,

                                                                    /s/_____

Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law (Local Counsel)
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*, lead counsel)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Attorneys for Defendant Ali Al-Timimi

Dated: November 8, 2015

## CERTIFICATE OF SERVICE

I certify that on November 8, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

>AUSA Gordon D. Kromberg
>Attorney for the United States
>2100 Jamieson Avenue
>Alexandria, VA  22314
>(703) 299-3700
>(703) 837.8242 (fax)
>gordon.kromberg@usdoj.gov

_____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu