IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>*Plaintiff*, )<br>  )   Case No. 1:04-cr-385-LMB<br>v. )<br>  )   Hon. Leonie M. Brinkema<br>ALI AL-TIMIMI, )<br>  )<br>*Defendant*. )<br>_____) | |

## NOTICE

Defendant Ali Al-Timimi respectfully supplements his consent motion for an extension of time [Dkt. No. 422] with the attached proposed order.

Respectfully submitted,

_____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law (Local Counsel)
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*, lead counsel)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Attorneys for Defendant Ali Al-Timimi

Dated: November 8, 2015

## CERTIFICATE OF SERVICE

I certify that on November 8, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

>AUSA Gordon D. Kromberg
>Attorney for the United States
>2100 Jamieson Avenue
>Alexandria, VA  22314
>(703) 299-3700
>(703) 837.8242 (fax)
>gordon.kromberg@usdoj.gov

_____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu