IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    )<br>  *Plaintiff*, )<br>    )<br>v.  )<br>    )<br>ALI AL-TIMIMI,   )<br>    )<br>  *Defendant*.  )<br>    ) | Case No. 1:04-cr-385-LMB<br><br>Hon. Leonie M. Brinkema |

**[PROPOSED] ORDER**

This matter came before the Court on Defendant's *Unopposed Motion for a Ten-Day Extension to File a Reply Memorandum in Support of his Motion to Compel*. For good cause shown, the Court hereby GRANTS Defendant's motion.

It is hereby ORDERED that Defendant will have until November 19, 2015 to file a memorandum in reply to the government's filing at Dkt. No. 420.

**SO ORDERED, this ____ date of November, 2015**.

_____

Hon. Leonie M. Brinkema
United States District Judge