IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:04-cr-385-LMB |
| v. ) | |
| ) | Hon. Leonie M. Brinkema |
| ALI AL-TIMIMI, ) | |
| ) | |
| Defendant. ) | |

ORDER

This matter came before the Court on Defendant's *Unopposed Motion for a Ten-Day Extension to File a Reply Memorandum in Support of his Motion to Compel*. For good cause shown, the Court hereby GRANTS Defendant's motion.

It is hereby ORDERED that Defendant will have until November 19, 2015 to file a memorandum in reply to the government's filing at Dkt. No. 420.

SO ORDERED, this 9 date of November, 2015.

/s/
Leonie M. Brinkema
United States District Judge