IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>          *Plaintiff*,                                    )<br>                                                               )   Case No. 1:04-cr-385-LMB<br>v.                                                          )<br>                                                               )   Hon. Leonie M. Brinkema<br>ALI AL-TIMIMI,                                    )<br>                                                               )<br>          *Defendant*.                             )<br>_____ ) | |

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR AN EXTENSION TO FILE A REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL**

Defendant Dr. Ali Al-Timimi respectfully moves this Court for an additional ten-day extension—until November 30, 2015—to file a reply brief in support of his motion to compel while the defense attempts to reestablish attorney-client communications with their client at the ADX Supermax prison in Florence, Colorado. The parties have conferred, and the Justice Department consents to the extension.

In further support, the defense states as follows:

1. On August 31, Dr. Al-Timimi filed with this Court a motion captioned "Defendant's Motion to Compel Disclosure of Unredacted Documents to Cleared Counsel and Production of an Index of Undisclosed Evidence" [Dkt. Nos. 417-18], which was submitted through a Classified Information Security Officer according to protocol. After the motion papers were cleared for public release, the government filed an opposition brief on November 4. See Dkt. No. 420.

2. For weeks, the defense has diligently but unsuccessfully attempted to schedule a prison telephone call with Dr. Al-Timimi to discuss the government's filing and the defense's

anticipated reply. Since Dr. Al-Timimi's transfer earlier this year to the ADX Supermax prison in Florence, however, defense counsel's ability to communicate with him has been extremely curtailed—with telephone and email messages routinely going unanswered for weeks at a time.[1]

3. Last week, this Court granted a defense motion to extend the filing deadline to this Thursday, November 19. However, the defense has remained unable to establish contact with their client. The defense has attempted to call the prison approximately ten different times over the last week; each time, the defense was either told that Dr. Al-Timimi's point-of-contact was unavailable, or the telephone was simply not answered at all. Email sent to the designated prison email address was also unanswered.

4. Because of the continued inability to communicate with their client, defense counsel respectfully seek another ten-day extension until November 30, 2015 to file a reply brief in support of their motion to compel. In the interim, the defense has sent a new letter to the prison warden, again requesting immediate intervention in reestablishing attorney-client communications. (Attached as Exh. C.)

5. The parties have conferred, and the government consents to the extension.

---

[1] On August 21, lead defense counsel sent a detailed complaint letter to ADX Warden John Oliver, requesting his immediate intervention in order to reestablish attorney-client communications in light of remand filings with both this Court and the Fourth Circuit. (Attached as Exh. A.) In a reply letter dated approximately one month later, Warden Oliver assured the defense that he had addressed their concerns and that "procedures are now in place to streamline the process of scheduling your legal calls and visits." (Letter attached as Exh. B.) In spite of that assurance, however, the defense finds itself again virtually cut off from their client, having been unable to reach even a point-of-contact for Dr. Al-Timimi in weeks.

Respectfully submitted,

                /s/
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law (local counsel)
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu

Jonathan Turley (*pro hac vice*, lead counsel)
The George Washington University Law School
2000 H Street, NW
Washington, D.C. 20052
(202) 994-7001 (telephone)
(202) 508-6200 (facsimile)
jturley@law.gwu.edu

Attorneys for Defendant Ali Al-Timimi

Dated: November 16, 2015

3

## CERTIFICATE OF SERVICE

I certify that on November 16, 2015, I will file the foregoing document on the CM/ECF system, which will then send an electronic notification to:

>AUSA Gordon D. Kromberg
>Attorney for the United States
>2100 Jamieson Avenue
>Alexandria, VA 22314
>(703) 299-3700
>(703) 837.8242 (fax)
>gordon.kromberg@usdoj.gov

_____/s/_____
Thomas Michael Huff, Virginia Bar No. 73587
Thomas M. Huff, Attorney-at-Law
P.O. Box 2248
Leesburg, VA 20177
Telephone: 703.665.3756
Facsimile: 571.354.8985
thuff@law.gwu.edu