

**U.S. Department of Justice**
Federal Bureau of Prisons

*United States Penitentiary –
Administrative Maximum*

P.O. Box 8500
Florence, Colorado 81226

September 17, 2015

Mr. Jonathan Turley
The George Washington University Law School
2000 H Street, NW
Washington, DC 20052

RE:  AL-TIMIMI, Ali
     Reg. No. 48054-083

Dear Mr. Turley:

This is in response to your correspondence received in this office August 25, 2015, regarding Ali Al-Timimi, an inmate at the United States Penitentiary, Administrative Maximum. In your letter, you request a reliable system be established for scheduling attorney-client interviews.

Per your conversation with Control Unit Manager Mr. Gomez on August 28, 2015, your concerns for establishing a reliable system for scheduling attorney-client interviews was addressed. Specifically, procedures are now in place to streamline the process of scheduling your legal calls and visits. Additionally, an email address has been established to expedite communications concerning scheduling for you and your client (FLM/LegalVisits@bop.gov).

I trust this information is responsive to your concerns.

Sincerely,

J. Oliver
Warden