# Exhibit C

**Rule 28(j) letter from U.S. Attorney for the Eastern District of North Carolina to the Fourth Circuit, acquiescing to issuance of *Simms* mandate in light of *Davis***



# U. S. Department of Justice

**Robert J. Higdon, Jr.**
*United States Attorney*
*Eastern District of North Carolina*

*Terry Sanford Federal Building*      *Telephone (919) 856-4530*
*310 New Bern Avenue*                 *Criminal FAX (919) 856-4487*
*Suite 800*                           *Civil FAX (919) 856-4821*
*Raleigh, North Carolina 27601-1461*  *www.usdoj.gov/usao/nce*

June 24, 2019

The Honorable Patricia S. Connor
Clerk, United States Court of Appeals
 for the Fourth Circuit
1100 East Main Street, 5th Floor
Richmond, Virginia 23219

>    Re:    United States v. Simms
>           Case No. 15-4640
>           Rule 28(j) Letter

Dear Ms. Connor:

  We write to advise that the Supreme Court today issued United States v. Davis, No. 18-431 (Slip op.). In a 5-4 decision, the Supreme Court struck as unconstitutionally vague the residual clause found in 18 U.S.C. § 924(c)(3)(B).

  As this Court's holding in this case is consistent with the Supreme Court's decision in Davis, the United States has no objection to the mandate here issuing as soon as the Court is prepared to do so.

>                              Sincerely,
>
>                              ROBERT J. HIGDON, JR.
>                              United States Attorney
>
>
>                              /s/ Phillip A. Rubin
>                              PHILLIP A. RUBIN
>                              Assistant United States Attorney

cc:    Dhamian A. Blue, Esq.
       Joshua B. Carpenter, Esq.

encl.: United States v. Davis, No. 18-431 (U.S. June 24, 2019) (slip opinion).