IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 1:04-cr-385 |
| ALI AL-TIMIMI, | ) |
| | ) |
| Defendant. | ) |

**Government's Third Proffer to Supplement the Record as to the
Defendant's Emergency Motion for Bail Pending Appeal**

In light of new factual developments, the government makes the following proffer to the Court and to defense counsel:

- In its prior filings and proffers, the government notified the Court that three staff members at FCC Florence had tested positive for COVID-19. (ECF Nos. 506-1 ¶ 4, 507, 511.)

- On August 10, 2020, the undersigned learned that two additional staff members at FCC Florence have tested positive for COVID-19.

- Of these five staff members, one worked at the Federal Prison Camp, three at the Federal Correctional Institution, and one at the United States Penitentiary.

- There are currently no staff members and no inmates who have tested positive for COVID-19 at the ADX facility where the defendant is housed.

- In addition, two inmates at the Federal Correctional Institution have tested positive for COVID-19.[1]  The government understands that both inmates were transferred to FCC Florence in late July from an out-of-state facility not controlled by the Bureau of Prisons.  Both inmates were placed in quarantine upon transfer and, after the positive tests came back, were placed in isolation cells for at least a ten-day period.

---

[1] Daily updates on COVID-19 statistics are available at https://www.bop.gov/coronavirus/.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney


By: _____/s/_____
Daniel T. Young
John T. Gibbs
Gordon D. Kromberg
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   daniel.young@usdoj.gov
         john.gibbs@usdoj.gov
         gordon.kromberg@usdoj.gov

2

## Certificate of Service

I certify that August 10, 2020, I electronically filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

By: _____/s/_____
Daniel T. Young
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:  (703) 299-3700
Fax:     (703) 299-3980
Email:   daniel.young@usdoj.gov