IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>ALI AL-TIMIMI, )<br>)<br>Defendant. ) | CRIMINAL NO. 1:04-cr-385 |

**Proposed Order**

The government has filed a motion to stay this Court's order granting bail pending appeal. (ECF No. 525.) Upon review of the government's motion, and for good cause shown in light of the factors articulated in *Hilton v. Braunskill*, 481 U.S. 770 (1987), it is hereby **ORDERED** that the government's motion for a stay of the Court's bail order pending appeal is:

_____  **GRANTED**

_____  **DENIED**

The Court **DIRECTS** the Clerk to provide a copy of this Order to the defendant and to the United States Attorney's Office for the Eastern District of Virginia.

**IT IS SO ORDERED.**

Alexandria, Virginia
August \_\_\_\_\_, 2020

_____
Leonie M. Brinkema
United States District Judge