FILED: July 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1485
(1:04-cr-00385-LMB-1)

———————————

In re: UNITED STATES OF AMERICA

　　　　Petitioner

———————————

J U D G M E N T

———————————

In accordance with the decision of this court, the petition for writ of
mandamus is denied.

/s/ NWAMAKA ANOWI, CLERK