IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:04-CR-385 |
| ALI AL-TIMIMI, | Hon. Leonie M. Brinkema |
| Defendant. | |

## ORDER

This matter came before the Court on defendant's Motion to Modify Conditions of Conditional Release. Dkt. No. 554. For good cause shown, the defendant's Motion is hereby GRANTED, and it is hereby

ORDERED that this Court's conditional release order of August 18, 2020 [Dkt No. 520], and subsequent order of July 7, 2021 [Dkt No. 541] are modified as follows:

> Al-Timimi is subject to a curfew between the hours of 9:00 p.m. and 6:00 a.m. each day, but is otherwise permitted to leave his residence without prior approval of his Probation Officer between the hours of 6:00 a.m. and 9:00 p.m.

Previous conditions to the contrary are hereby revoked, but the remaining terms of the Conditional Release Orders [Dkt Nos. 520 and 541] are otherwise unchanged and remain in full effect.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

December 1, 2025

/s/ _____
Leonie M. Brinkema
United States District Judge