IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:04-CR-385 |
| ALI AL-TIMIMI, | Hon. Leonie M. Brinkema |
| Defendant. | |

**DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF CONDITIONAL RELEASE FOLLOWING ISSUEANCE OF FOURTH CIRCUIT PANEL OPINION**

Without opposition from the government, Dr. Ali Al-Timimi respectfully moves to modify his conditions of release to remove the condition of electronic monitoring pending the issuance of the Fourth Circuit mandate.

On January 9, 2026, the Fourth Circuit issued an opinion and judgment vacating Al-Timimi's convictions and remanding for entry of judgments of acquittal. *United States v. Al-Timimi*, ___ F. 4th ___, 2026 WL 71062, at *14 (4th Cir. Jan. 9, 2026) (Dkt Nos. 556, 557). The government is considering whether to seek en banc review of the panel opinion.

Given the additional time in which it may take for the government to decide how to proceed, and for the issuance of the mandate, we respectfully request that the Court modify the conditions of release to remove the condition of electronic monitoring. A proposed order is attached.

2

Respectfully submitted,

**Ali Al-Timimi**
By counsel:

Geremy C. Kamens
Federal Public Defender for the
Eastern District of Virginia

_____s/_____
Geremy C. Kamens
VA Bar No. 41596
1650 King Street, Suite 500
Alexandria, Virginia 22314
Telephone: (703) 600-0800
Facsimile: (703) 600-0880
Geremy_Kamens@fd.org