IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALI AL-TIMIMI,<br><br>               Defendant. | 1:04-CR-385<br><br>Hon. Leonie M. Brinkema |

## ORDER

This matter came before the Court on defendant's Unopposed Motion to Modify Conditions of Conditional Release. Dkt. No. 558. For good cause shown, the defendant's Motion is hereby GRANTED, and it is hereby

ORDERED that this Court's conditional release order of August 18, 2020 [Dkt No. 520], order of July 7, 2021 [Dkt No. 541], and order of December 1, 2025 [Dkt No. 555] are modified to REMOVE the condition of electronic monitoring. Previous conditions to the contrary are hereby revoked, but the remaining terms of the Conditional Release Orders [Dkt Nos. 520, 541, and 555] are otherwise unchanged and remain in full effect.

The Clerk is directed to forward copies of this Order to counsel of record and the United States Probation Office.

January 12, 2026

/s/ *signature*
Leonie M. Brinkema
United States District Judge