IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:04-CR-385 |
| ALI AL-TIMIMI, | Hon. Leonie M. Brinkema |
| Defendant. | |

**DEFENDANT'S MOTION FOR ISSUANCE OF FINAL JUDGMENT OF ACQUITTAL**

In light of the issuance of the Fourth Circuit mandate, Dr. Ali Al-Timimi respectfully moves the Court to issue the attached Final Judgment of Acquittal as to all counts. On January 9, 2026, the Fourth Circuit issued an opinion and judgment vacating Al-Timimi's remaining convictions and remanding for entry of judgments of acquittal. The Fourth Circuit final mandate pursuant to Federal Rule of Appellate Procedure 41 issued today.

We respectfully request that the Court issue the attached proposed Judgment to make clear that (a) Dr. Al-Timimi has been acquitted on all counts; (b) he is no longer under any supervision by the Court, and Judicial and Executive Branch records and databases should be updated to reflect his acquittal on all counts; (c) he should no longer be subject to any restrictions imposed by the Executive branch on the issuance of travel documents or no-fly lists or any other restrictions as a result of the now-vacated convictions; and (d) the Executive branch should destroy all

biometric material and corresponding data collected from Dr. Al-Timimi as a result of his now-vacated convictions.

        Respectfully submitted,

        **Ali Al-Timimi**
        By counsel:

        Geremy C. Kamens
        Federal Public Defender for the
        Eastern District of Virginia

        _____s/_____
        Geremy C. Kamens
        VA Bar No. 41596
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        Telephone: (703) 600-0800
        Facsimile: (703) 600-0880
        Geremy_Kamens@fd.org